

U.S. Department of Justice

*United States Attorney*
*Southern District of Florida*

*99 N.E. 4th Street*
*Miami, Florida 33132*
*(305) 961-9247*

August 14, 2019

**VIA EMAIL**

Ariadna Blanco Molina
c/o David K. McGill, Esq.

FILED BY ___JAO___ D.C.

**Oct 1, 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**1:20-mj-03727-McAliley**

Re:   **Cyberstalking Investigation**

Dear Ms. Blanco Molina:

      This letter is to inform you that the Federal Bureau of Investigation (FBI) is conducting an investigation involving allegations of cyberstalking perpetrated by you. Specifically, according to information supplied to this Office by the FBI, you engaged in a pattern of conduct to purposefully harass a victim. Your alleged conduct includes, among other actions, taking and disseminating a nude photograph of the victim without his/her consent. Your alleged conduct implicates serious violations of federal criminal law, including Title 18, United States Code, Section 2261A, and, if you are convicted, could result in the imposition of a term of imprisonment, fine, and/or restitution.

      The FBI has completed the initial evaluation of the evidence, and we are now prepared to go forward with criminal charges related to the above-described conduct. If necessary, we intend to present the matter to a grand jury for indictment.

      Although you are not obligated to make any statement to law enforcement, you may wish to supply your version of the events in question to interviewing agents, for the purpose of cooperating in this investigation. You may also wish to seek the assistance of an attorney before making any such statement. If you do wish to make a statement, I suggest that you have your attorney contact me as soon as possible in order to discuss this matter. I can be reached at (305) 961-9247.

      If you cannot afford an attorney, please call my office at (305) 961-9247. We will arrange a time for you to appear before a Magistrate Judge, who will determine if an attorney can be assigned to you based on financial need.

      Finally, should you decide to retain an attorney, no adverse inference will be drawn strictly as a result of your decision to seek the advice of counsel before giving a statement. In addition, should an attorney acting upon your behalf wish to contact me, I would be willing to engage in limited discussion with counsel regarding your status in this investigation, as well the extent, if any, to which you would be willing to provide information to federal investigators.

      Sincerely,

      *[signature]*

      Eli S. Rubin